UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -GENERAL**

| Case No. | 5:25-cv-03233-MWC-SP | Date | February 26, 2026 |
|---|---|---|---|
| Title | Estela Voskanyan v. Pamela Bondi, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**       **(In Chambers) Order to Show Cause Why Respondents Failed to Respond to the Petition as Ordered**

On December 2, 2025, petitioner Estela Voskanyan, a federal immigration detainee, filed a Petition for Writ of Habeas Corpus while detained at the U.S. Immigration and Customs Enforcement Processing Center in Adelanto, California, alleging she should be released from immigration custody.  On December 5, 2025, the court then issued an Order Requiring Response to Petition directing respondents to file a motion to dismiss the Petition within 21 days or an answer within 30 days.

On December 8, 2025, the court granted in part petitioner's ex parte application for a temporary restraining order ("TRO").  In particular, the court ordered respondents to provide petitioner with an individualized bond hearing by December 15, 2025, or else must release petitioner.

Although petitioner was granted relief by way of the TRO, the requirement that respondents respond to the Petition remains in place. Yet more than a month has elapsed since the answer was due and there has been no answer filed by respondents.

Accordingly, respondents are ORDERED to show cause in writing by **March 10, 2026** why they have failed to file an answer to the Petition in compliance with the court's December 5, 2025 order.  Respondents may discharge this Order to Show Cause by filing, not later than **March 10, 2026,** an answer to the Petition.  Any answer or other response to this Order must include an update as to whether petitioner was granted a bond hearing or released.